1IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES SWIFT, OBO his wife Arnetta Swift, | ) ) ) | 8:16CV50 |
| Petitioner, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| HUBER, Judge of Douglas County Nebraska County Court, TIM DUNNING, Sheriff of Douglas County Nebraska, and FOXALL, Director of Douglas County Correctional Center (DCCC), | ) ) ) ) ) ) ) | |
| Respondents. | ) | |

This case is dismissed without prejudice. The court will not issue a certificate of appealability to the extent one is needed in order to appeal from this judgment.

DATED this 12th day of February, 2016.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge