IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES SWIFT, OBO his wife Arnetta Swift, | 8:16CV50 |
| Petitioner, | |
| V. | |
| HUBER, Judge of Douglas County Nebraska County Court, TIM DUNNING, Sheriff of Douglas County Nebraska, and FOXALL, Director of Douglas County Correctional Center (DCCC), | **MEMORANDUM AND ORDER** |
| Respondents. | |

Petitioner filed a Notice of Appeal in this action on March 8, 2016. (Filing No. 6.) Petitioner has not filed a motion to proceed in forma pauperis on appeal and was not previously granted leave to proceed in forma pauperis in this case.

Accordingly,

IT IS ORDERED:

1. Petitioner is not entitled to proceed in forma pauperis on appeal.

2. The clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

DATED this 16th day of March, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge